UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL FEDERATION OF
PROFESSIONAL & TECHNICAL
ENGINEERS, AFL-CIO

        Plaintiff,

   v.

DONALD TRUMP,
President of the United States, et al.,

        Defendants.

Civil Action No. 25-3615 (PLF)

## JOINT STATUS REPORT

On June 11, 2026, the Court ordered the parties "to meet and confer and file a Joint Status Report on or before June 18, 2026 indicating whether defendants are willing to extend their agreement to pause any further dispositions to the U.S. General Services Administration through July 31, 2026."

Proposed Plaintiff-Intervenor Goddard Engineers, Scientists and Technicians Association/IFPTE Local 29 ("GESTA") and Defendants Donald J. Trump and Jared Isaacman, in their official capacities (collectively, "Defendants"), met and conferred by telephone on June 11, 2026. Defendants report that that they are not willing to extend their agreement to pause further dispositions to the U.S. General Service Administration through July 31, 2026, because doing so would continue to cause logistical and other difficulties.

Plaintiff International Federation of Professional and Technical Engineers, AFL-CIO, has informed GESTA and Defendants that it is taking no position with respect to this status report.

Dated: June 12, 2026
       Washington, DC

|  |  |
|---|---|
| | Respectfully submitted, |
| <u>s/ Zachary M. Weil</u> | JEANINE FERRIS PIRRO |
| Zachary M. Weil (DC Bar No. 90042632) | United States Attorney |
| Fellowship Law Group PLLC | |
| 2429 Nicollet Ave. Floor 2 | By:<u>*/s/ Brian J. Levy*</u> |
| Minneapolis, Minnesota 55404 | BRIAN J. LEVY |
| (612) 249-8613 Ext. 702 | Assistant United States Attorney |
| zweil@fellowship.law | 601 D Street, NW |
| | Washington, DC 20530 |
| <u>/s/ Ronald P. Weil</u> | (202) 252-6734 |
| Ronald P. Weil (FL Bar No. 169966) | |
| The Weil Law Firm P.A. | *Attorneys for the United States of America* |
| 333 SE 2nd Ave. Suite 2000 | |
| Miami, Florida 33131 | |
| (305) 372-5352 | |
| rweil@weillawfirm.net | |
| imendez@weillawfirm.net | |

*Counsel for Proposed Plaintiff-Intervenor*